UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**MARY MAHL**                                                      **CIVIL ACTION**

**VERSUS**                                                          **NO. 05-5243**

**NOKIA, INC.**                                                    **SECTION "K"(2)**

### JUDGMENT

Considering the foregoing order,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment herein in favor of defendant, Nokia, Inc., and against Mary Mahl, dismissing the complaint with prejudice, with each party to pay its respective costs.

New Orleans, Louisiana, the  18th  day of April, 2006.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE